IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETS

| | |
|---|---|
| PAULA TAYLOR, § | |
| § | |
| Plaintiff, § | Civil Action No. 1:17-cv-11356-PBS |
| § | |
| v. § | |
| § | |
| SEQUIM ASSET SOLUTIONS, LLC § | |
| F/K/A FOCUS RECEIVEABLES § | |
| MANAGEMENT, § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                                      RESPECTFULLY SUBMITTED,

DATED: January 25, 2018

                                          By: /s/ Craig Thor Kimmel
                                              Craig Thor Kimmel, Esq.
                                              Kimmel & Silverman, P.C.
                                              30 East Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Facsimile: (877) 788-2864
                                              Email: kimmel@creditlaw.com
                                              Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Craig Thor Kimmel, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Jeffrey M Sankey, Esq.
Sankey Law Offices
25 Braintree Hill Park
Suite 200
Braintree, MA 02184
781-930-3127
Email: jsankey@sankeylaw.com
Attorney for Defendant

Dated: January 25, 2018			By: /s/ Craig Thor Kimmel
					Craig Thor Kimmel, Esq.
					Kimmel & Silverman, P.C.
					30 E. Butler Avenue
					Ambler, PA 19002
					Tel: 215-540-8888
					Fax: 215-540-8817
					kimmel@creditlaw.com