UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paula Taylor
   Plaintiff

       V.

Sequim Asset Solutions, et.al.
   Defendants

CIVIL ACTION

NO.  1:17-cv-11356-PBS

## SETTLEMENT ORDER OF DISMISSAL

SARIS, C J

   The Court having been advised by counsel on 1/25/2018 for the parties that the above action has been settled:

   IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 60 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

By the Court,

/s/ C. Geraldino-Karasek

1/26/2018

Deputy Clerk

Date